**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)  Case Number **10–17979–LA7**

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/7/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kristy Lynn Hamilton
aka KRISTY LYNN LOOMIS
8572 RANCHO CANADA RD
EL CAJON, CA 92021

| Case Number:<br>10–17979–LA7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–4345 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Carl Lux<br>Carl Lux, Attorney at Law<br>2135 Santa Anita Avenue<br>Altadena, CA 91001<br>Telephone number: 888–882–5610 | Bankruptcy Trustee (name and address):<br>Gregory A. Akers<br>P. O. Box 26219<br>San Diego, CA 92196<br>Telephone number: (858) 635–9350 |

### Meeting of Creditors
Date: **November 10, 2010**          Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 1360, Hearing Room A, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/10/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991<br>Telephone number: 619–557–5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 10/12/10 |

**EXPLANATIONS**  FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| United States Bankruptcy Court | Case Number |
| Southern District of California | 10–17979–LA7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above–referenced case on 10/7/10, the following person is named Interim Trustee of the estate of the debtor:

Gregory A. Akers
P. O. Box 26219
San Diego, CA 92196

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 45 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619–557–5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

Dated: 10/12/10

# CERTIFICATE OF NOTICE

```
District/off: 0974-3           User: cbeckett              Page 1 of 2                   Date Rcvd: Oct 12, 2010
Case: 10-17979                 Form ID: b9a                Total Noticed: 59


The following entities were noticed by first class mail on Oct 14, 2010.
db           +Kristy Lynn Hamilton,    8572 RANCHO CANADA RD,    EL CAJON, CA 92021-2064
aty          +Carl Lux,    Carl Lux, Attorney at Law,    2135 Santa Anita Avenue,    Altadena, CA 91001-2916
smg          +Div. of Labor Standards Enforcement,     7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg           Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
               Center Valley, PA 18034-0520
smg          +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg          +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
12512013     +ACSC,    PO Box 2509,    Santa Ana, CA 92707-0509
12512014     +AFNI, INC,    PO Box 3519,    Bloomington, IL 61702
12512016     +AMERICAN ED SERVICE,    1200 N 7TH ST,    HARRISBURG, PA 17102-1419
12512019     +ARIZONA OBGYN AFFILIATES,    PO Box 66858,    Falmouth, ME 04105-6858
12512021     +AUTOMATED RECOVER,    5600 W SPRING MOUNTAIN,    LAS VEGAS, NV 89146-8821
12512022     +AWA COLLECTION,    PO BOX 6605,    ORANGE, CA 92863-6605
12512015     +AllianceOne Receivables Management INC.,    PO Box 2449,    Gig Harbor, WA 98335-4449
12512018      Arcadia Urgent Care,    PO Box 98342,    Phoenix, AZ 85038-0342
12512020     +Associated Radiologists, LTD,    PO Box 98313,    Phoenix, AZ 85038-0313
12512023      Banner Desert Med Center,    PO Box 2978,    Phoenix, AZ 85062-2978
12512026      CCS,    Payment Processing Center 27 PO Box,    Boston, MA 02205
12512028     +CONTINENTAL FINANCE,    PO BOX 11743,    WILMINGTON, DE 19850-1743
12512030      CREDIT CONTROL CORP,    11621 ROCK LANDING DR,    NEWPORT NEWS, VA 23606
12512027     +Chase Dennis EMG MED GRP/BVCH,    PO Box 740023,    Cincinnati, OH 45274-0023
12512029     +Cox Communications,    PO Box 79171,    Phoenix, AZ 85062-9171
12512031     +Credit Control Corporation,    PO Box 120630,    Newport News, VA 23612-0630
12512032     +Disney Movie Club,    PO Box 758,    Neenah, WI 54957-0758
12512033     +Diversified Consultants, INC,    PO Box 551268,    Jacksonville, FL 32255-1268
12512035     +FIRST COLLECTION,    10925 OTTER CREEK RD E,    MABELVALE, AR 72103-1661
12512036     +First National Collection Bureau, INC,    610 Waltham Way,    Sparks, NV 89434-6695
12512038      Innovative Collection Services,    PO Box 3500,    Tustin, CA 92781-3500
12512039    ++JEFFERSON CAPITAL SYTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court:   Jefferson Capital Systems, LLC,
                Payment Processing Center   PO Box 23051,    Columbus, GA 31902)
12512040     +Jolas and Associates, LLP,    PO Box 4000,    Mason City, IA 50402-4000
12512041      Laboratory Corporation of America Holdin,    PO Box 2240,    Burlington, NC 27216-2240
12512042     +Leading Edge Recovery Solutions, LLC,    5440 N Cumberland Ave Ste 300,    Chicago, IL 60656-1486
12512043     +Liberty Card Services,    PO Box 533,    Williamsville, NY 14231-0533
12512044      Loma Linda University Medical Center,    File 7964,    Los Angeles, CA 90074-7964
12512046     +MORGAN CHASE BANK,    501 BLEECKER ST,    UTICA, NY 13501-2401
12512047      National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
12512050     +North Shore Agency INC ND4,    PO Box 9205,    Old Bethpage, NY 11804-9005
12512051     +Oak Medical LLC DBA Advanced Urgent,    PO Box 32950,    Phoenix, AZ 85064-2950
12512054     +RGS Financial,    PO Box 2149,    Addision, TX 75001-2149
12512055     +Santander Consumer,    PO Box 660633,    Dallas, TX 75266-0633
12512056     +Scottsdale Collection Services, LLC,    Dept 2113,    Denver, CO 80291-0001
12512057     +T-Mobile,    PO Box 742595,    Cincinnati, OH 45274-2595
12512059      US Bank,    Recovery Department PO Box 5227, ML CN-,    Cincinnati,, OH 45202-5227
12512058     +University Of Phoenix,    Corporate Collection Center PO Box 298,    Phoenix, AZ 85001
12512060     +Valley OBGYN Associates,    3501 N Scottsdale Rd #280,    Scottsdale, AZ 85251-5637
12512061     +William G. Sokol, Esq. LLC,    900 12th Street Suite A-11,    Hammonton, NJ 08037-9153

The following entities were noticed by electronic transmission on Oct 13, 2010.
tr           +EDI: BGAAKERS.COM Oct 12 2010 21:58:00      Gregory A. Akers,    P. O. Box 26219,
               San Diego, CA 92196-0219
smg           EDI: CALTAX.COM Oct 12 2010 22:03:00      Franchise Tax Board,    Attn: Bankruptcy,
               P.O. Box 2952,    Sacramento, CA 95812-2952
ust           E-mail/Text: ustp.region15@usdoj.gov                            United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA 92101-8511
12512016     +E-mail/Text: girddb@aessuccess.org                            AMERICAN ED SERVICE,    1200 N 7TH ST,
               HARRISBURG, PA 17102-1419
12512017      EDI: AGFINANCE.COM Oct 12 2010 21:58:00      AMERICAN GENERAL,    600 N ROYAL AVE,
               EVANSVILLE, IN 47715
12512012     +EDI: AAEO.COM Oct 12 2010 22:03:00      Aarons Sales and Lease Ownership,    PO Box 102746,
               Atlanta, GA 30368-2746
12512024     +EDI: BCTN.COM Oct 12 2010 21:58:00      BUREAU OF COLLECTION,    7575 CORPORATE WAY,
               EDEN PRAIRE, MN 55344-2000
12512025      E-mail/Text: opsqa_usbankruptcy@cashnetusa.com                            Cash Net Usa.com,
               200 W. Jackson Blvd 14th Floor,    Chicago, IL 60606-6941
12512034     +E-mail/Text: data_processing@fin-rec.com
               Financial Recovery Services. INC,    PO Box 385908,    Minneapolis, MN 55438-5908
12512037     +EDI: HFC.COM Oct 12 2010 21:58:00      HSBC,    Payment Processing Center   PO Box 5253,
               Carol Stream, IL 60197-5253
12512045      EDI: MID8.COM Oct 12 2010 21:58:00      Midland Credit Management,    PO Box 60578,
               Los Angeles, CA 90060-0578
12512048     +E-mail/Text: nic1@qwestoffice.net                            Nemos Investigations and Collections,
               PO Box 30517,    Phoenix, AZ 85046-0517
12512049     +E-mail/Text: chrisgood@nextcare.com                            NextCare Urgent Care,
               2550 North Thunderbird Circle  Suite 303,    Meza, AZ 85215-1219
12512052     +EDI: PINNACLE.COM Oct 12 2010 21:58:00      Pinnacle Financial Group,
               7825 Washington Ave S Ste 310,    Minneapolis, MN 55439-2424
12512053     +E-mail/Text: bklaw@qwest.com                            Qwest Choice TV and Online,    PO Box 29025,
               Phoenix, AZ 85038-9025
                                                                                              TOTAL: 15
```

```
District/off: 0974-3          User: cbeckett              Page 2 of 2                  Date Rcvd: Oct 12, 2010
Case: 10-17979                Form ID: b9a                Total Noticed: 59
```

```
               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*      United States Trustee,    Office of the U.S. Trustee,   402 West Broadway, Ste. 600,
            San Diego, CA   92101-8511
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2010**                    **Signature:** _/s/ Joseph Speetjens_