NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**Kristy Lynn Hamilton**
 8572 RANCHO CANADA RD
EL CAJON, CA 92021
xxx−xx−4345
*Debtor Aliases:*  KRISTY LYNN LOOMIS

Case number:  10−17979−LA7
Chapter:  7
Judge  Louise DeCarl Adler

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **17−20** filed on: **12/22/10**     Title of Document: **Amendments to Schedules and Petition**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Document is incomplete: Certificate of service missing.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on              via   ☐ Tel/Voice Mail          ☐ Email   ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Other action−−See OTHER section below.**

**OTHER:** **All documents filed after the petition to open the case must be served to the appropriate parties.**

**\*\*\* A joint debtor is not allowed to be added by amending the petition. You must re−file, pay the filing fee, and get a new case number.**

Dated: 12/22/10

Barry K. Lander
Clerk of the Bankruptcy Court