NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Kristy Lynn Hamilton**
 8572 RANCHO CANADA RD
EL CAJON, CA 92021
xxx–xx–4345
*Debtor Aliases:* KRISTY LYNN LOOMIS

Case number:  10–17979–LA7
Chapter:  7
Judge  Louise DeCarl Adler

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **17,18,20** filed on: **12/22/10**    Title of Document: **Amended Statement of Financial Affairs, Amended Schedules B,C,E,I and Amended Schedules F (remove duplicates)**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Amendment (CSD 1100) and/or Notice to Creditors (CSD 1101) is incomplete.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on           via ☐ Tel/Voice Mail      ☐ Email  ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Other action––See OTHER section below.**

**OTHER:** **CSD 1100 must accompany any documents that are being amended.**

Dated: 12/29/10

Barry K. Lander
Clerk of the Bankruptcy Court