CSD 2011 [04/09/02]
Name, Address, Telephone No. & I.D. No.

Order Entered on
January 03, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

**TRUSTEE'S MOTION TO DISMISS CASE AND ORDER**

The undersigned Trustee respectfully represents that:

☐ More than fifteen (15) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☐ The debtor failed to appear and testify at the regularly scheduled and duly noticed First Meeting of Creditors held on _____ pursuant to 11 U.S.C. § 341(a) or any continued Meeting of Creditors scheduled thereafter.

☐ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely: _____.

Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated:

☐ Chapter 7 Trustee    ☐ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: January 03, 2011

*[Signature]*
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. ... ted by the court.

Submitted by:

By: _____
Trustee

CSD 2011