NRO
09/08

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Kristy Lynn Hamilton**
 8572 RANCHO CANADA RD
EL CAJON, CA 92021
xxx–xx–4345
*Debtor Aliases:*  KRISTY LYNN LOOMIS

Case number:  10–17979–LA7
Chapter:  7
Judge  Louise DeCarl Adler

## Memo re Order: Request for further documentation or further action

Your proposed order **Order on Debtor's Motion to Reconsider** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑  Aty/Debtor(Pro Se)/Movant contacted on **1/20/11**

via     ☐ Tel/Voice Mail      ☑ Email      ☑ Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**   **Your order is not signed due to the reasons stated below:**

**1) No Attorney's information according to LBR [9004–2 & 9004–3(d)] on the order or the Motion.**
**2) No Attorney's Certification according to LBR [9004–3(e)(3)]**
**3) No proper Proof of service on the interested parties.**

Dated: 1/19/11