UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | | |
|---|---|---|
| In re: | * | Case No. 10-17979 |
| KRISTY LYNN HAMILTON | * | Chapter 7 |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL

NOW COMES, Debtor by and through her attorney of record respectfully requests this court to Vacate the Order Dismissing her Case filed by the Court on January 3, 2011.

The basis for this motion is that the Debtor requests the Court to Vacate the Court's Order of Dismissal for the failure to attend a second 341 Creditors Meeting. The Debtor did appear for her first scheduled 341 Meeting on November 11, 2010 and was examined by the Trustee. The Trustee requested that some amendments be made and if these were made, it would not necessary for the Debtor to appear again. On December 29, 2010, the Trustee entered on the Court's Docket that the creditors meeting was held and concluded, that the estate had been fully administered and the Trustee requested that he be discharged from his duties. On January 3, 2010 the Court entered an Order based upon a Motion filed that day by the Trustee for the failure to reappear. This failure of the Debtor to reappear was not intentional and Debtor requests that the Order of Dismissal be vacated and this case be reinstated.

WHEREFORE, moves that the Order of Dismissal be vacated.

Respectfully submitted,

By: ___/s/Carl A. Lux_____
 Carl A. Lux
 State Bar No. 192963
 2135 Santa Anita Ave.
 Altadena, CA 91001

Certificate of Service

    I hereby certify that the foregoing Motion was served upon all creditors and parties in interest by either electronic service or by first class mail as indicated on the attached Exhibit "A" on this the 5th day of February, 2011.


    /s/ Carl A. Lux_____
    Carl A. Lux

Exhibit A

ACSC
PO Box 2509
Santa Ana, CA 92707-0509

AFNI, INC
PO Box 3519
Bloomington, IL 61702

AMERICAN ED SERVICE
1200 N 7TH ST
HARRISBURG, PA 17102-1419

(p)AMERICAN GENERAL
P O BOX 3121
EVANSVILLE IN 47731-3121

ARIZONA OBGYN AFFILIATES
PO Box 66858
Falmouth, ME 04105-6858

AUTOMATED RECOVER
5600 W SPRING MOUNTAIN
LAS VEGAS, NV 89146-8821

AWA COLLECTION
PO BOX 6605
ORANGE, CA 92863-6605

Aarons Sales and Lease Ownership
PO Box 102746
Atlanta, GA 30368-2746

AllianceOne Receivables Management INC.
PO Box 2449
Gig Harbor, WA 98335-4449

Arcadia Urgent Care
PO Box 98342
Phoenix, AZ 85038-0342

Associated Radiologists, LTD
PO Box 98313
Phoenix, AZ 85038-0313

BUREAU OF COLLECTION
7575 CORPORATE WAY
EDEN PRAIRE, MN 55344-2000

Banner Desert Med Center
PO Box 2978
Phoenix, AZ 85062-2978

CCS
Payment Processing Center  27  PO Box
Boston, MA  02205

CONTINENTAL FINANCE
PO BOX 11743
WILMINGTON, DE 19850-1743

CREDIT CONTROL CORP
11621 ROCK LANDING DR
NEWPORT NEWS, VA  23606

Cash Net Usa.com
200 W. Jackson Blvd  14th Floor
Chicago, IL  60606-6941

Chase Dennis EMG MED GRP/BVCH
PO Box 740023
Cincinnati, OH 45274-0023

Cox Communications
PO Box 79171
Phoenix, AZ 85062-9171

Credit Control Corporation
PO Box 120630
Newport News, VA 23612-0630

Disney Movie Club
PO Box 758
Neenah, WI 54957-0758

Diversified Consultants, INC
PO Box 551268
Jacksonville, FL 32255-1268

FIRST COLLECTION
10925 OTTER CREEK RD E
MABELVALE, AR 72103-1661

Financial Recovery Services. INC
PO Box  385908
Minneapolis, MN 55438-5908

First National Collection Bureau, INC
610 Waltham Way
Sparks, NV 89434-6695

HSBC
Payment Processing Center   PO Box 5253
Carol Stream, IL 60197-5253

Innovative Collection Services
PO Box 3500
Tustin, CA  92781-3500

(p)JEFFERSON CAPITAL SYTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

| | | |
|---|---|---|
| Jolas and Associates, LLP<br>PO Box 4000<br>Mason City, IA 50402-4000 | Laboratory Corporation of America Holdin<br>PO Box 2240<br>Burlington, NC  27216-2240 | Leading Edge Recovery Solutions, LLC<br>5440 N Cumberland Ave  Ste 300<br>Chicago, IL 60656-1486 |
| Liberty Card Services<br>PO Box 533<br>Williamsville, NY 14231-0533 | Loma Linda University Medical Center<br>File 7964<br>Los Angeles, CA  90074-7964 | MORGAN CHASE BANK<br>501 BLEECKER ST<br>UTICA, NY 13501-2401 |
| Midland Credit Management<br>PO Box 60578<br>Los Angeles, CA  90060-0578 | National Credit Adjusters<br>PO Box 3023<br>Hutchinson, KS  67504-3023 | Nemos  Investigations and Collections<br>PO Box 30517<br>Phoenix, AZ 85046-0517 |
| NextCare Urgent Care<br>2550 North Thunderbird Circle  Suite 303<br>Meza, AZ 85215-1219 | North Shore Agency INC  ND4<br>PO Box 9205<br>Old Bethpage, NY 11804-9005 | Oak Medical LLC DBA Advanced Urgent<br>PO Box  32950<br>Phoenix, AZ 85064-2950 |
| Pinnacle Financial Group<br>7825 Washington Ave S Ste 310<br>Minneapolis, MN 55439-2424 | Qwest Choice TV and Online<br>PO Box  29025<br>Phoenix, AZ 85038-9025 | RGS Financial<br>PO Box 2149<br>Addision, TX 75001-2149 |
| Santander Consumer<br>PO Box 660633<br>Dallas, TX 75266-0633 | Scottsdale Collection Services, LLC<br>Dept 2113<br>Denver, CO 80291-0001 | T-Mobile<br>PO Box  742595<br>Cincinnati, OH 45274-2595 |
| US Bank<br>Recovery Department  PO Box 5227, ML CN-<br>Cincinnati,, OH  45202-5227 | United States Trustee<br>Office of the U.S. Trustee<br>402 West Broadway, Suite 600<br>San Diego, CA 92101-8511<br> by electronic service | University Of Phoenix<br>Corporate Collection Center  PO Box  298<br>Phoenix, AZ 85001 |
| Valley OBGYN Associates<br>3501 N Scottsdale Rd #280<br>Scottsdale, AZ 85251-5637 | William G. Sokol, Esq.  LLC<br>900 12th Street Suite A-11<br>Hammonton, NJ 08037-9153 | |

Gregory A. Akers
P. O. Box 26219
San Diego, CA 92196-0219
 by electronic service

```
AMERICAN GENERAL                    Jefferson Capital Systems, LLC
600 N ROYAL AVE                     Payment Processing Center   PO Box 23051
EVANSVILLE, IN  47715               Columbus, GA  31902
```